# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Gokada Inc.<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-12377 (LSS)<br><br>Subchapter V<br><br>Re: Docket No. 35 |

**SUPPLEMENTAL DECLARATION OF GREGORY W. HAUSWIRTH
AND CAROTHERS & HAUSWIRTH LLP IN SUPPORT APPLICATION TO EMPLOY
AND RETAIN CAROTHERS & HAUSWIRTH LLP AS CO-COUNSEL FOR
THE DEBTOR AND DEBTOR-IN-POSSESSION, *NUNC PRO TUNC***

In accordance with Federal Rule of Bankruptcy Procedure 2014, I, Gregory W. Hauswirth, Esq., state and declare:

1. I am a partner of the law firm of Carothers & Hauswirth LLP ("C&H"), which maintains offices at 1007 N. Orange Street, Wilmington, Delaware 19801. I have been duly admitted to practice law in the State of Delaware, the State of New Jersey and the Commonwealth of Pennsylvania and am in good standing in each.

2. I submit this Supplemental Declaration in accordance and in compliance with, and to provide disclosure pursuant to, sections 327(a), 328(a), 329 and 504 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with the application to employ C&H as co- counsel for the Debtor (the "Application") filed by Gokada, Inc. (the "Debtor").[1]

3. On October 18, 2024, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

---

[1] Capitalized terms not defined herein shall have the meaning attributed to them in the Application.

1

4. C&H has completed a conflict check of (i) the Debtor; (ii) the equity holders of the Debtor; (iii) the Debtor's current officers and directors; and (iii) the secured creditors of the Debtor, and other major creditors and parties in interest against a list of C&H's current and former engagements and clients. C&H identified no potential conflicts in this list.

5. C&H requested and obtained from the Debtor a list of the names of entities who may be parties in interest in this chapter 11 case, including, *inter alia*, secured creditors, the largest unsecured creditors and the directors and officers of the Debtor ("Potential Parties-in-Interest"). Attached as **Exhibit 1** is the list of the Potential Parties in Interest searched by C&H.

6. On information and belief, based on my personal knowledge and the information currently available in the conflicts database C&H maintains in the regular course of business, neither I, C&H, nor any member, counsel or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or has any connection with the Debtor, their creditors or any other parties in interest herein, as outlined on the Potential Parties-in-Interest.

7. The foregoing constitutes the supplemental statement of C&H in compliance with, and to provide disclosure pursuant to, sections 327(a), 328(a), 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016 of the Bankruptcy Rules.

Dated: December 10, 2024

Gregory W. Hauswirth

# Exhibit 1

## Potential Parties in Interest

**Debtor and Related Entities:**

GOKADA INC.
GOKADA RIDES LIMITED

**Taxing Authorities and Counsel:**

NEW YORK CITY LAW DEPARTMENT
NEW YORK CITY DEPARTMENT OF FINANCE
INTERNAL REVENUE SERVICE
NEW YORK STATE DEPT. OF TAXATION AND FINANCE
OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
US ATTY OFFICE -D. DEL.
DELAWARE DIVISION OF REVENUE
DELAWARE STATE TREASURY

**Secured Creditors:**

DEPLACER LLC

**Unsecured Creditors:**

ADVENTURE CAPITAL LLC
AISHA MAINA
AMAR IMAM; BASHIR IMAM
ANDREW UGAROV
ARAF FARAYEZ
CARTA, INC.
CASPER JOHANSEN
CONTANST VENTURES MP CAPITAL MANAGEMENT
DONALD SAMUEL OGBU
FULL CIRCLE
INVENTUS LAW
K50 FUND III
KONYIN AJAYI
OLUTOSIN ONI
OLUWASEUN OMOTOSO
ONIGROUP EMEA LIMITED
ORRICK, HERRINGOTN & SUTCLIFFE LLP
OUTPOST INVESMTNETS LIMITED
PERDERSON & PARTNERS FZ LLC
RISE CAPITAL GOKADA HOLDINGS LLC
RISE CAPITAL III LP
S ONE INVESTMENTS LTD.
SAJJAD MERCHANT
SIN GROWTH PARTNERS PTS. LTD.
SM RIVER VENTURES LIMITED

THE ALTERNATIVE BANK
UNPOPULAR VENTURES PREFEREED, LP
V&R 1 LLP
VELOCITY DIGITAL LIMITED
VIRARI CAPITAL INVESTMENTS
WITHUM SMITH+BROWN, PC
YEMI OSINDERO
YUZURU HONDA
CASPER JOHANSEN
FAHIM SALEH
RICHARD SHITTU

**SHAREHOLDERS:**

10X CAPITAL MANAGEMENT LIMITED
ACQ ASSET MANAGEMENT
ADESUA DOZIE
ADVENTURE CAPITAL LLC
AFRICA ANGELS NETWORK SEED STAGE FUND ONE, LP
CAPITORIA VENTURES LTD
CASPER JOHANSEN
CHIKA NWOBI
CHOUDHURY FRONTIER MANAGEMENT LLC
DIONE CAPITAL LIMITED
EUCAGI VENTURES LTD.
GOKADA FRIENDS AND FAMILY LLC
GREENPARK FINANCE LTD
GULVARIS CAPITAL PARTNERS LIMITED
IC GLOBAL PARTNERS
IRON PRODUCTS INDUSTRIES LTD.
KYLE KAPPER
NNEKA IFELUNWA NWABOGOR
NRS AFRICA
OCH MANAGEMENT SERVICES LIMITED
OLAOTAN TOWRY-COKER
OLUKONYINSOLA AJAYI
OUTPOSTS INVESTMENTS LIMITED
RESOURCES 4 AFRICA
REZWAN RAHMAN
RISE CAPITAL III LP
SAJIDUR RAHMAN
SEA DRAGONS FUND LIMITED
SIN GROWTH PARTNERS PTE. LTD.
SRINATH LTD.
TAIWO OSINDERO
UNSEEN VENTURES LLC
YEMI OSINDERO
YUZURU HONDA
ZIAD KHAN

**BOARD MEMBERS, DIRECTORS, AND OFFICERS (CURRENT AND FORMER)**

NAZAR YASIN
YEMI OSINDERO
OLUTOSIN ONI
RUBY SALEH
SEUN OMOTOSO